**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOLD RESERVE INC.,<br><br>　　Petitioner,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF<br>VENEZUELA,<br><br>　　Respondent. | Civil Action No. 14-2014 (JEB) |

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Respondent's Motion to Dismiss or in the Alternative to Stay Enforcement is DENIED;

2. Petitioner's Petition to Confirm Arbitration Award is GRANTED;

3. The Award of the Arbitral Tribunal is CONFIRMED; and

4. Judgment for Gold Reserve Inc. is ENTERED in the amount of $713,032,000.00, plus (i) pre-award interest from April 14, 2008, to September 22, 2014 (the date of the Award) at the United States Government Treasury Bill Rate, compounded annually, in the amount of $22,299,576, (ii) post-award interest on the total amount awarded, inclusive of pre-award interest, at a rate of LIBOR plus 2%, compounded annually, from September 22, 2014, until payment in full; and (iii) the $5 million in legal fees and costs awarded by the Tribunal.

SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: November 20, 2015

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 11/20/2015
ANGELA D. CAESAR, CLERK
By: /s/ Z.P.B.