wombebonddickinson.com



October 5, 2022

Wombe Bond Dickinson (US) LLP

**VIA HAND DELIVERY**

Mr. John A. Cerino
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Matthew P. Ward
Direct Dial: 302-252-4337
E-mail: Matthew.Ward@wbd-us.com

**Re:**   ***Gold Reserve Inc. v. Bolivarian Republic of Venezuela***;
<u>Registration of Judgment from Another District</u>

Dear Mr. Cerino:

Enclosed please find the following documents issued by the Clerk of Court for the United States District Court for the District of Columbia: (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of the Order entering Judgment for Gold Reserve Inc. ("Gold Reserve") against the Bolivarian Republic of Venezuela.

Kindly register this judgment in the District of Delaware.

In the near future, Gold Reserve intends to seek relief identical to the relief sought in *Crystallex International Corp. v. Bolivarian Republic of Venezuela, et al.*, C.A. No. 17-151 (D. Del.) (LPS) and numerous other cases seeking similar relief. These other actions are currently assigned to Judge Leonard P. Stark, and accordingly, Gold Reserve respectfully requests that this action also be assigned to Judge Stark because it is related to the other actions already pending before Judge Stark.

Thank you for your attention to this matter. Please let me know if you need any further information.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)

cc:   Matthew H. Kirtland, Esquire (to seek admission *pro hac vice*)

Enclosures

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.
WBD (US) 59112680v2