# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLD RESERVE INC., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 22-mc-00453-UNA <br> ) <br> ) <br> ) <br> ) <br> ) |

## WRIT OF ATTACHMENT *FIERI FACIAS*

**TO THE U.S. MARSHALS SERVICE, YOU ARE COMMANDED:**

To serve this writ of attachment *fieri facias* on **PDV Holding, Inc., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801**, to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to **Petróleos de Venezuela, S.A.** ("PDVSA"), alter ego of Defendant and Judgment Debtor Bolivarian Republic of Venezuela ("Venezuela"), to satisfy the judgment owed to the above named Plaintiff and Judgment Creditor Gold Reserve Inc. ("Gold Reserve") by Venezuela in the amount of $740,331,576, plus interest as specified below, according to the judgment of the United States District Court of the District of Columbia, Case No. 1:14-cv-02014-JEB, which has been registered by the United States District Court for the District of Delaware in this proceeding.

**To the defendant's garnishee who is served this paper:**

The United States District Court for the District of Delaware requires, within 20 days after service of this process, that you serve upon Matthew P. Ward, Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, a verified answer, which shall specify what shares of stock and other assets or rights incident to that stock ownership belonging to or owing to PDVSA, as alter ego of Defendant and Judgment Debtor Venezuela, you currently possess. **You must do this within 20 days after service of this writ upon you, not counting the day that you received this writ.** Your failure to respond may result in a default judgment against you in an amount equal to the value of the property subject to the attachment, or the amount of the judgment, whichever is less, with interest and costs. As the Garnishee, you are to retain the items stated by you in your answer. You are to hold these items until another order of this Court releases you from this obligation.

The amount of the judgment owed by Venezuela is as follows: **$740,331,576.00 plus post-award interest on the total amount awarded, inclusive of pre-award interest, at a rate of LIBOR plus 2%, compounded annually, from September 22, 2014, until payment in full**.

_____
Clerk of Court

Issued: _____      per Deputy: _____

*By Attorneys: Matthew P. Ward (Del. Bar No. 4471) and Nicholas T. Verna (Del. Bar No. 6082) WOMBLE BOND DICKINSON (US) LLP 1313 North Market Street, Suite 1200 Wilmington, DE 19801; Tel: (302) 252-4320*