womblebonddickinson.com



November 9, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King St.
Wilmington, DE 19801

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Matthew P. Ward
Direct Dial: 302-252-4337
E-mail: Matthew.Ward@wbd-us.com

Re:   *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*,
      Case No. 22-mc-00453-LPS

Dear Judge Stark:

      We write on behalf of Plaintiff and judgment creditor Gold Reserve Inc. ("Gold Reserve") with respect to Gold Reserve's pending Motion for a Conditional Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* (D.I. 2) (the "Conditional Attachment Motion").

      The Conditional Attachment Motion was filed after 5:00 p.m. on October 20, 2022. On October 21, 2022 copies of the Conditional Attachment Motion as well as the Kirtland Declaration in Support of the Conditional Attachment Motion (D.I. 3) (the "Kirtland Declaration") and the Memorandum of Law in support of the Conditional Attachment Motion (the "Memorandum of Law") were hand-delivered to Delaware counsel who have appeared in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, Case No. 17-mc-00151-LPS (D. Del.) (the "*Crystallex* Action") to represent (i) Bolivarian Republic of Venezuela ("Venezuela"); (ii) PDV Holding, Inc. ("PDVH"); and (iii) Petróleos de Venezuela S.A. ("PDVSA").[1] *See* Exhibit A. A hand delivery was also made to PDVH's register agent, the Corporation Trust Company on October 21, 2022. *See id.*

      On October 24, 2022, the Conditional Attachment Motion, Kirtland Declaration, and Memorandum of Law were delivered via FedEx to both Delaware and non-Delaware counsel for Venezuela, PDVH, and PDVSA in the *Crystallex* Action; except for Venezuela's Delaware counsel, who received the Conditional Attachment Motion, Kirtland Declaration, and Memorandum of Law for the second time on October 25, 2022. *See* Exhibit B. In addition, on October 24, 2022, the Conditional Attachment Motion, Kirtland Declaration, and Memorandum of Law were delivered via FedEx to

---

[1] The same counsel for PDVSA and Venezuela who appeared in the *Crystallex* Action also appeared in *OI European Group B.V. v. Bolivarian Republic of Venez.*, Case No. 19-mc-00290-LPS (D. Del.). Further, PDVSA's counsel in the *Crystallex* action has appeared in (i) *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venez.*, Case No. 20-mc-257-LPS (D. Del.); (i) *ACL1 Investments Ltd., et al. v. Bolivarian Republic of Venez.*, Case No. 21-mc00046-LPS (D. Del. 2021); (iii) *Rusoro Mining Ltd. v. Republic of Venez.*, Case No. 21-mc-00481-LPS (D. Del.); and (iv) *Koch Minerals SÀRL, et al. v. Bolivarian Republic of Venez.*, Case No. 22-mc-00156-LPS (D. Del.).

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.
WBD (US) 59424887v1



The Honorable Leonard P. Stark
November 9, 2022
Page 2

PDVH's registered agent and Special Attorney General of Venezuela, Enrique Jose Sanchez Falcon. *See id.*

To date, no response to the Conditional Attachment Motion has been received or docketed and the fourteen-day deadline to respond to the Conditional Attachment Motion set forth in Rule 7.1.2(b) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware has expired.

Accordingly, Gold Reserve respectfully requests that the Conditional Attachment Motion be deemed unopposed and granted.

Counsel for Gold Reserve are available at the Court's convenience.

        Respectfully submitted,

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Matthew P. Ward*
        Matthew P. Ward (Del. Bar No. 4471)

cc:    Via Electronic Mail:
        Matthew H. Kirtland, Esquire (*pro hac vice* application pending)
        Katherine G. Connolly, Esquire (*pro hac vice* application pending)

        Via Electronic Mail and FedEx upon the following counsel in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, Case No. 17-mc-00151-LPS (D. Del.):
        A. Thompson Bayliss, Esquire (Counsel to Bolivarian Republic of Venezuela)
        Stephen C. Childs, Esquire (Counsel to Bolivarian Republic of Venezuela)
        Donald B. Verrilli, Jr., Esquire (Counsel to Bolivarian Republic of Venezuela)
        Elaine J. Goldenberg, Esquire (Counsel to Bolivarian Republic of Venezuela)
        Ginger D. Anders, Esquire (Counsel to Bolivarian Republic of Venezuela)
        Brendan B. Gants, Esquire (Counsel to Bolivarian Republic of Venezuela)
        George M. Garvey, Esquire (Counsel to Bolivarian Republic of Venezuela)
        Kenneth J. Nachbar, Esquire (Counsel to PDV Holding, Inc.)
        Alexandra M. Cumings, Esquire (Counsel to PDV Holding, Inc.)
        Nathan P. Eimer, Esquire (Counsel to PDV Holding, Inc.)
        Lisa S. Meyer, Esquire (Counsel to PDV Holding, Inc.)
        Daniel D. Birk, Esquire (Counsel to PDV Holding, Inc.)
        Gregory M. Schweizer, Esquire (Counsel to PDV Holding, Inc.)
        Samuel Taylor Hirzel, II, Esquire (Counsel to Petróleos de Venezuela, S.A.)
        Joseph D. Pizzurro, Esquire (Counsel to Petróleos de Venezuela, S.A.)
        Julia B. Mosse, Esquire (Counsel to Petróleos de Venezuela, S.A.)
        Kevin A. Meehan, Esquire (Counsel to Petróleos de Venezuela, S.A.)
        Juan O. Perla, Esquire (Counsel to Petróleos de Venezuela, S.A.)