wombledickinson.com



**March 27, 2023**

<u>VIA HAND DELIVERY</u>

The Honorable Leonard P. Stark
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*;
<u>Case No. 22-mc-00453-LPS</u>

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:   302.252.4320
f:   302.252.4330

Kevin J. Mangan
Partner
Direct Dial: 302-252-4361
Direct Fax: 302-661-7729
E-mail: Kevin.Mangan@wbd-us.com

Dear Judge Stark:

I write on behalf of Gold Reserve Inc. to request permission to set up a public dial-in line for the in-person hearing scheduled for **March 30, 2023 at 2:30 p.m**. in Wilmington, Delaware so that members of the public can listen to the hearing but not participate. We also request the Court's permission for our co-counsel, Matthew Kirtland of Norton Rose Fulbright, to appear via teleconference as he has conflicting commitments which will not allow an in-person appearance. The undersigned Delaware counsel will be attending in person and available to address the Court. Mr. Kirtland does not intend on addressing the Court via teleconference. Counsel for Rusoro has joined in the request for a public dial-in and there have been no objections by other Counsel. If the Court is amenable to this request, we will file a letter on the docket with the public dial-in number.

Respectfully Submitted,

**Womble Bond Dickinson (US) LLP**

*/s/ Kevin J Mangan*
Kevin J. Mangan (Bar No. 3810)

cc: All Counsel of Record Via CM/EC

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.wombledickinson.com/us/legal-notice for further details.